[No. 18399-8-III.    Division Three.    May 11, 2000.]

KATHLEEN BARBARA RICHESON, ET AL., *Appellants*, v. THE
WASHINGTON STATE PATROL, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Yakima
County, No. 96-2-03105-3, Robert N. Hackett, Jr., J.,
entered April 9, 1999. *Affirmed in part* and *remanded* by
unpublished opinion per Schultheis, J., concurred in by
Kurtz, C.J., and Kato, J.


[No. 18484-6-III.    Division Three.    May 11, 2000.]

DON GROAT, ET AL., *Appellants*, v. BAKER BOYER BANCORP,
*Respondent*.

Appeal from a judgment of the Superior Court for Walla
Walla County, No. 98-2-00159-4, Robert Leigh Zagelow, J.,
entered May 3, 1999. *Reversed* by unpublished opinion per
Kato, J., concurred in by Brown, A.C.J., and Schultheis, J.


[Nos. 23267-7-II; 23268-5-II;    Division Two.    May 12, 2000.]
23269-3-II; 23270-7-II.

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD D.
HARTMAN, *Appellant*.

Appeals from judgments of the Superior Court for Mason
County, Nos. 98-1-00036-8, 97-1-00055-6, 97-1-00198-6 and
97-1-00359-8, James B. Sawyer II, J., entered April 16,
1998. *Affirmed in part* and *remanded* by unpublished
opinion per Houghton, J., concurred in by Armstrong, C.J.,
and Morgan, J.


[No. 23717-2-II.    Division Two.    May 12, 2000.]

SANDRA SALISBURY JONES, *Respondent*, v. GARY R. DAVIS,
ET AL., *Defendants*, RICHARD TONTI, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Clark
County, No. 97-2-01232-9, James Eldo Rulli, J., entered
August 14, 1998. *Affirmed* by unpublished opinion per
Houghton, J., concurred in by Morgan and Bridgewater, JJ.